Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
LAWYERS TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>          Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>          Defendants. | Case No.: 2:21-CV-00349-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT, REMAND MOTION, AND FEES MTION (ECF NOS. 1, 6, AND 7)**<br><br>**FIRST REQUEST** |

COMES NOW defendant Lawyers Title of Nevada, Inc. ("Lawyers Agency"), defendant Fidelity National Title Insurance Company ("FNTIC"), defendant Fidelity National Title Group, Inc. ("FNTG") and plaintiff Bank of America, N.A. ("Bank of America") (collectively, the "Parties"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On March 1, 2021 Bank of America filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 1, 2021, FNTIC removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Lawyers Agency's response to Bank of America's complaint is currently due on April 12, 2021;

4. FNTIC's response to Bank of America's complaint is currently due on April 15, 2021;

5. Bank of America filed a motion to remand and a motion for fees (ECF Nos. 6 and 7);

6. Lawyers Agency's, FNTIC's, and FNTG's (collectively, "Defendants") deadline to respond to the motion to remand and the motion for fees is currently April 14, 2021;

7. The Parties are in the process of formalizing a stipulation to stay this case pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC);

8. Defendants request a two-week extension of these deadlines to afford the Parties additional time to formalize their stipulation to stay this case;

9. Counsel for Bank of America does not oppose the requested extension;

10. This is the first request for an extension made by FNTIC and Lawyers Title, which is made in good faith and not for the purposes of delay.

11. This stipulation is entered into without waiving any of FNTIC's or Lawyers Title's objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME**

**IT IS SO STIPULATED** that Lawyers Title's deadline to respond to the complaint is hereby extended through and including Monday, April 26, 2021, Defendants' deadline to respond to the motion to remand and the motion for fees (ECF Nos. 6 and 7) for fees is hereby extended through and including Wednesday, April 28, 2021, and FNTIC's deadline to respond to the complaint is hereby extended through and including Thursday, April 29, 2021.

Dated: April 12, 2021                    SINCLAIR BRAUN LLP


By: _/s/-Kevin S. Sinclair_____
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    LAWYERS TITLE OF NEVADA, INC.

Dated: April 12, 2021                    WRIGHT FINLAY & ZAK, LLP


By: _/s/-Darren T. Brenner_____
    DARREN T. BRENNER
    Attorneys for Plaintiff
    BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

Dated  April 14, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE



**STIPULATION AND ORDER TO EXTEND TIME**