## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:21-CV-349 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| FIDELITY NATIONAL TITLE BROUP, INC., et al., | |
| Defendant(s). | |

Presently before the court is the parties' stipulation and proposed order to extend time to respond to plaintiff's motion to remand and defer the deadline to file a response to the complaint. (ECF No. 19).

On April 26, 2021, the court granted the parties' stipulation to stay the case pending the outcome of the relevant appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC). (ECF No. 12). The stipulation ordered that the deadline to respond to plaintiff's motion to remand was continued and would be reset by mutual agreement of the parties "once the stay is lifted." (*Id.* at 2).

The stay has not yet been lifted in this case and thus the current stipulation is improperly filed. It is well established that district courts have inherent power to control their own dockets, including the power to strike items from the docket. *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010).

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' stipulation to extend time (ECF No. 19) be, and the same hereby is, STRICKEN and held for naught.

The clerk shall strike ECF No. 19 from the docket.

DATED January 6, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -