WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; LAWYERS TITLE OF NEVADA, INC., DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00349-JCM-DJA<br><br>**STIPULATION AND ORDER TO (1) WITHDRAW MOTION TO LIFT STAY [ECF NO. 26]; (2) SETTING DEADLINE FOR BANA TO REFILE ITS MOTION FOR REMAND; AND (3) STAY DISCOVERY PENDING COURT'S RESOLUTION OF THE MOTION FOR REMAND** |

Plaintiff, Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP ("BANA") and Defendants, Fidelity National Title Group, Inc. ("FNTG"); Fidelity National Title Insurance Company ("FNTIC"); Lawyers Title of Nevada, Inc. ("Lawyers Title" collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 1, 2021, BANA filed its Complaint in Eighth Judicial District Court, Case No. A-21-830291-C [ECF No. 1-1];

2. On March 1, 2021, FNTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On March 31, 2021, BANA filed its Motion for Remand [ECF No. 6] and Motion for Attorney's Fees and Costs [ECF No. 7];

4. On April 21, 2021, the Parties entered into a Stipulation to stay the case [ECF No. 11], which was granted on April 26, 2021 [ECF No. 12];

5. On March 11, 2022, the Court entered an Order denying BANA's Motion for Remand and Motion for Attorney's Fees and Costs without prejudice [ECF No. 24];

6. On December 15, 2022, Defendants filed its Motion to Lift Stay, requesting that the Court set a deadline for BANA to refile its Motion for Remand [ECF No. 26];

**IT IS HEREBY STIPULATED AND AGREED:**

1. The Parties stipulate and agree that Defendants' Motion to Lift Stay [ECF No. 26] is withdrawn and does not require a decision from the Court.

2. The Parties stipulate and agree that BANA shall have fourteen (14) days from entry of this Court's order to file its renewed motion for remand.

3. The Parties stipulate and agree that discovery in the instant action shall be **STAYED** pending the resolution of BANA's renewed motion for remand.

DATED this 29th day of December, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP*

DATED this 29th day of December, 2022.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Scott E. Gizer*
Scott E. Gizer, Esq.
Nevada Bar No. 12216
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorney for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company and Lawyers Title of Nevada, Inc.*

**IT IS SO ORDERED.**

DATED January 6, 2023.

UNITED STATES DISTRICT COURT JUDGE